UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD MCDOWELL and JOAN MCDOWELL

    Plaintiffs,

    v.

LITTON LOAN SERVICING; UNITED HOME MORTGAGE; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ASAD ZAFARI; CARLOS LOPES; and DOES 1-20 inclusive,

    Defendants.

No. 2:09-cv-02229-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Defendants Litton Loan Servicing, LP and Mortgage Electronic Registration Systems, Inc. ("Defendants") to Dismiss the First Amended Complaint of Plaintiffs Ronald McDowell and Joan McDowell ("Plaintiffs") for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have failed to timely file an opposition to Defendants' Motion.

1

1    Pursuant to Local Rule 230(c), opposition to a motion must
2 be filed not less than fourteen (14) days prior to the date of
3 the hearing.  The date of the hearing was set for January 28,
4 2010.  Fourteen (14) days prior to the hearing was January 14,
5 2010.  No opposition was filed as required.
6    In light of the fact that no opposition was filed by
7 Plaintiffs, Defendants' Motion to Dismiss (Docket No. 18) is
8 GRANTED with leave to amend.[1]
9    As a result of the failure to respond to this Motion, within
10 ten (10) days from the date this order is electronically filed,
11 Plaintiff's counsel shall either (1) personally pay sanctions in
12 the amount of $250.00 to the Clerk of the Court or (2) show good
13 cause for the failure to comply with Local Rule 230 (c).
14    Plaintiffs may file an amended complaint not later than
15 twenty (20) days after the date this Memorandum and Order is
16 filed electronically.  If no amended complaint is filed within
17 said twenty (20)-day period, without further notice, Plaintiffs'
18 claims will be dismissed without leave to amend.
19    IT IS SO ORDERED.

Dated: January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

2